IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHAYLA HOOKS, an Arkansas citizen, and**     **PLAINTIFFS**
**TYRONE JACKSON, an Arkansas citizen**

v.     Case No. 4:21-cv-00841-KGB

**SALTGRASS ARKANSAS, INC.,**     **DEFENDANT**
**d/b/a Saltgrass Steakhouse**

## ORDER

Before the Court is plaintiffs Shayla Hooks and Tyrone Jackson's motion to compel discovery rule compliance from defendant Saltgrass Arkansas, Inc., pursuant to Federal Rule of Civil Procedure 37 (Dkt. No. 25). The Court conducted a hearing on the motion on December 14, 2022 (Dkt. No. 28). By separate Order, the Court took under advisement plaintiffs' motion and set forth various deadlines related to the entry of a protective order and the production of documents (Dkt. No. 30). The Court noted that, to the extent discovery issues raised in plaintiffs' pending motion to compel persist after defendant makes a second production of documents and the parties meet and confer, then plaintiffs should file on or before January 30, 2023, a renewed motion to compel or an amended motion to compel (*Id.*, at 2). As of the date of this Order, plaintiffs have not filed a renewed motion to compel or an amended motion to compel. Plaintiffs have also communicated informally to the Court that they seek to withdraw their pending motion to compel. For these reasons, the Court denies as moot plaintiffs' motion to compel discovery rule compliance from defendant Saltgrass Arkansas, Inc., pursuant to Federal Rule of Civil Procedure 37 (Dkt. No. 25).

It is so ordered this 1st day of February, 2023.

_____
Kristine G. Baker
United States District Judge